EDWARD A. DAY, DEFENDANT IN ERROR, v. MAYOR, &c., OF MORRISTOWN, PLAINTIFF IN ERROR.

Argued March 9, 1899—Decided June 19, 1899.

On error to the Supreme Court. For opinion of the Supreme Court, see 33 *Vroom* 571.

For the plaintiff in error, *Stephen H. Little.*

For the defendant in error, *Edward A. Day.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, COLLINS, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH.   8.

*For reversal* — None.